884 A.2d 1260

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. KEVIN BATTLE, DEFENDANT–PETITIONER.

October 11, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005); and it is further

ORDERED that on resentencing, the trial court must articulate its reasons for consecutive feature of defendant's sentence. *State v. Yarbough*, 100 *N.J.* 627, 498 *A.*2d 1239 (1985).

884 A.2d 1261

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. AMOD SEYMORE, DEFENDANT–PETITIONER.

October 11, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005). The Order does not, however, require resentencing on the consecutive feature of defendant's sentence.